
ATTORNEYS AT LAW

**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

April 2, 2010

**By ECF**
Honorable James Orenstein
United States Magistrate-Judge
United States District Court
Eastern District of New York
225 Cadman Plaza West
Brooklyn, New York  11201

>   Re:   **Allstate Insurance Company v. Lalani Medical Care, P.C., et al.**
>         **Docket No. CV 09-1222 (RRM)(JO)**
>         **Our File No.:  000999-01006**

Dear Magistrate-Judge Orenstein:

I write on behalf of myself and Benjamin Pinczewski, Esq. (counsel for the Ladzhensky Defendants) for the purposes of respectfully requesting that the settlement conference which is scheduled for Tuesday, April 6, 2010, be adjourned to Tuesday, April 13, 2010, subject to the Court's availability.

Since we last appeared before the Court on Wednesday of this week, meaningful settlement discussions have started and Mr. Kucher's counsel, Russell Friedman, Esq., has now become actively engaged in these discussions. Mr. Pinczewski's clients are presently in the Ukraine, and are returning to the United States on April 12, 2010. Nonetheless, we are working collectively, taking into consideration the time difference, to arrive at a global settlement which would obviate the need for any future proceedings including a default motion by Allstate and a hearing on damages. Although Mr. Pinczewski is scheduled to be out of town next week on vacation, we had made arrangements so that we can continue to work toward a settlement via telephone conferences that we have scheduled. I am hopeful that these telephone conferences will produce a resolution, which will ultimately avoid the need for the April 13, 2010 conference.

Honorable James Orenstein
April 2, 2010
Page 2

---

The Court's attention to this request is greatly appreciated.

Respectfully submitted,

RIVKIN RADLER LLP

Barry I. Levy

BIL:la

cc: All Counsel (Via ECF)
 Russell Friedman, Esq. (by e-mail)

2353585 v1